**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-10342 |
| Plaintiff - Appellee, | D.C. No. 2:08-cr-00156-RLH |
| v. | |
| RAFAEL ROLON-RAMOS, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Roger L. Hunt, Chief Judge, Presiding

Submitted September 13, 2010[**]

Before:    SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

Rafael Rolon-Ramos appeals from his guilty-plea conviction for being a

deported alien found unlawfully in the United States, in violation of 8 U.S.C.

§ 1326.  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Rolon-Ramos contends his guilty plea is invalid because the district court did not properly advise him at the Rule 11 hearing regarding the Sentencing Guidelines and the 18 U.S.C. § 3553(a) factors. The record does not reflect that the district court erred. Moreover, any alleged error did not affect his substantial rights because Rolon-Ramos has failed to show "a reasonable probability that, but for the error, he would not have entered the plea." *United States v. Dominguez Benitez*, 542 U.S. 74, 83 (2004).

**AFFIRMED.**